IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GLITCH PRODUCTIONS PTY LTD,<br><br>  Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>  Defendants. | Case No. 25-cv-00161 |

## GLITCH PRODUCTIONS PTY LTD'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Glitch Productions Pty Ltd ("Plaintiff"), by and through its undersigned counsel, certifies that Plaintiff is equally owned by Kevin Lerdwichagul and Luke Lerdwichagul.

Dated this 7th day of April 2025.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com

*Counsel for Plaintiff Glitch Productions Pty Ltd*