IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| GLITCH PRODUCTIONS PTY LTD, | Case No. 25-cv-00161 |
|---|---|
| Plaintiff, | |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to 15 U.S.C. §1116(c), Plaintiff Glitch Productions Pty Ltd ("Plaintiff"), by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

   Glitch Productions Pty Ltd
   Level 12, 32 Phillips Street
   Parramatta NSW 2150
   Australia

   The Partnerships and Unincorporated Associations Identified on Schedule "A"
   Addresses Unknown

2. U.S. Registrations upon which suit has been brought:

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 7,324,648 | THE AMAZING DIGITAL CIRCUS | Mar. 12, 2024 | For: Clothing, namely, tops, knit shirts, polo shirts, jumpers in the nature of sweaters, T-shirts, sweat shirts, blouses, blazers, sweaters, jackets, vests, coats, ponchos, |

1

| | | | |
|---|---|---|---|
| | | | dresses, skirts, trousers, pants, overalls, jeans, denims in the nature of pants, shorts, camisoles, lingerie, sleepwear, underwear, swim wear, gloves, ties, scarves, headscarves, shawls, Clothing belts of textile, socks, hosiery; footwear; headwear in class 025.<br><br>For: Action figure toys; Toy accessories, namely, costumes for toys; electronic multiple activity toys; modeled plastic figurines being toys; toys, namely, scale model plastic figures; toy models; plush stuffed toys; plush toys; apparatus for electronic games adapted for use with an external display screen or monitor; card games; dice games; arcade games; electronic games for the teaching of children; party games; portable gaming devices, namely, portable games with liquid crystal displays; trading cards for games; dolls; plush dolls in class 028.<br><br>For: Arranging of social entertainment events; entertainment services in the nature of an ongoing animation series; fan club services; live entertainment associated with an animation series, namely cosplay entertainment events, live music concerts, live visual and audio performances by actors; organization of social entertainment events; providing information, including online, about entertainment activities; provision |

| | | | |
|---|---|---|---|
| | | | of entertainment services in the nature of an animation series via an online forum; provision of non-downloadable audio and video entertainment featuring an animation series via electronic or digital transmission; television entertainment, namely, an ongoing television programs in the field of variety; video entertainment services, namely, an animation series; live entertainment production services in the nature of production of live events for parties and special events for social entertainment purposes; production of audio entertainment, namely, audio recording; multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films production of live entertainment; production of animated cartoons; production of audio and/or video recordings, other than advertising; production of webcasts, other than advertising; providing online electronic publications, not downloadable in the nature of magazines in the field of entertainment; On-line journals, namely, blogs featuring entertainment news; Online publication of journals; screenplay writing in class 041. |
| 7,510,566 | THE AMAZING DIGITAL CIRCUS | Sep. 24, 2024 | For: Articles of imitation jewellery, namely, imitation necklaces and imitation bracelets; Imitation jewellery; Imitation jewellery ornaments, namely, imitation |

3

|  |  |  | necklaces and imitation bracelets; Pins being jewellery; Decorative pins being jewellery; Decorative pins of precious metal being jewellery; Charms of semi-precious metals for jewellery; Fake jewellery, namely, imitation jewellery and plastic jewellery; Bracelets being jewellery; Clocks; Decorative articles for personal use, namely, jewellery; Decorative ornaments made of plated precious metals, namely, jewellery plated with precious metals; Earrings; Ear studs; Figurines coated with precious metal, namely, medals coated with precious metals; Hat jewellery; Lanyards for holding keys; Necklaces; Key chains comprised of split rings with decorative fobs or trinkets; Key rings comprised of split rings with decorative fobs or trinkets; Key holders being key rings; Charms for key rings; Jewellery rings; Watches in Class 014.<br><br>For: Printed artwork, namely, graphic art prints; Printed posters; Framed posters being framed art prints; Printed advertising posters; Printed publications, namely, books, hand-outs, and workbooks in the field of graphic design; Printed comic books; Printed manga comic books; Printed picture books; Printed story books; Cartoon prints; Printed magazines featuring cartoon characters; Animation cels; Badges made of paper; Lanyards for |

|  |  |  | holding paper cards, namely, lanyards for name badge holders; Printed stickers being stationery stickers; Stationery in Class 016. |
|---|---|---|---|
| 7,324,485 | ANIMATEZ | Mar. 12, 2024 | For: Action figures; scale model kits featuring modeled plastic toy figures; scale toy figure model kits; modeled plastic figurines being toys; toy figures; toy models; plush toys; dolls in class 028. |

Dated this 7th day of April 2025.   Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127I
martin@tme-law.com

*Counsel for Plaintiff Glitch Productions Pty Ltd*