# EXHIBIT A

| No. | Seller Alias | Email Address to Serve |
|---|---|---|
| 1 | Guangzhou Lin Xia Network Technology Co., Ltd. | linxia202388@outlook.com |
| 2 | Hanzhong Hantai Huqiao Trade City Lihua Cabinet Business Department | sunrisetattoo@126.com; cnlhcw@aliyun.com |
| 3 | Jinhua Darren Trading Co., Ltd. | 13058851146@163.com; darren20200828@163.com |
| 4 | Nanning Maggie Trading Co., Ltd. | 965188030@qq.com; 18176884004@163.com |
| 5 | Shantou Chenghai Cayi Toy Co., Ltd | seyino@sztoys.com.cn |
| 6 | Shenzhen Enmei Trading Co., Ltd. | winnie@enmeitrading.com; info@enmeitrading.com |
| 7 | Shenzhen Leguoguo Trading Co., Ltd. | lydia@leguoguotrading.com; info@leguoguotrading.com |
| 8 | Shenzhen Rixi Trading Co., Ltd. | abby@szrixi.com; 512930648@qq.com |
| 9 | Shenzhen Xuanruihe Technology Ltd., Co. | lisatang@aliyun.com |
| 10 | Wuhan John Kids Toys Co., Ltd. | sales005@whtknow.com; johnkids@whtknow.com |
| 11 | Wuhan WYH toys Co.,Ltd | tknow1@whtknow.com; wyh@whtknow.com |
| 12 | Wuxi Yuntianming Import And Export Co., Ltd. | tmexport@163.com |
| 13 | Yangzhou Hunan Hubei Handicraft Co., Ltd. | m18921935568@163.com |
| 14 | Yangzhou Injera International Trade Co., Ltd. | yzinjera@163.com |
| 15 | Yangzhou Jiasite Maternal and Child Products Co., LTD | jst202002@163.com; jst9558@163.com |
| 16 | Yangzhou Meiya Meiya Toys And Gifts Co., Ltd. | 1162898313@qq.com; 52861899@qq.com |
| 17 | Yangzhou Yu Chen Textile Products Co., Ltd. | 17768578728@163.com; gh20221008@163.com |
| 18 | Yiwu Juecai Trade Co., Ltd. | tina@cnjuecai.com; peter@cnjuecai.com |
| 19 | Yiwu Ke Huan Trading Co., Ltd. | tu18758910790@163.com |
| 20 | Yiwu Minco Import And Export Co., Ltd. | 15297944191@163.com |
| 21 | Yiwu Xinyu Garment Co., Ltd. | newproduct@foxmail.com; xinyugarment@qq.com |
| 22 | Yiwu Yh Art & Crafts Co., Ltd. | effie202016@163.com; bob@ywlvchi.com; lvchi168@163.com |