IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GLITCH PRODUCTIONS PTY LTD,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                    Defendants. | Case No. 25-cv-00161<br><br>**Judge Gretchen S. Lund**<br><br>**Magistrate Judge John E Martin** |

## JURISDICTIONAL STATEMENT

Plaintiff Glitch Productions Pty Ltd submits this jurisdictional statement pursuant to this Court's Order [26].

This district court has federal question jurisdiction of this case pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, *et seq.*, 28 U.S.C. § 1338(a)-(b), and 28 U.S.C. § 1331. Venue is also proper in this Court pursuant to 28 U.S.C. § 1391.

This Court may properly exercise personal jurisdiction over Defendants because Defendants structure their business activities to target consumers in the United States, including Indiana, through at least the fully interactive e-commerce stores operating under the aliases identified on Schedule A attached to the Complaint. [1] at ¶ 2. Specifically, the Defendants in this case have targeted sales to Indiana residents by setting up and operating e-commerce stores that target United States consumers; offer shipping to the United States, including Indiana; accept payment in U.S. dollars; and sell products using infringing and counterfeit versions of Plaintiff's federally registered trademarks to residents of Indiana. *Id. See* [11] (evidence showing each of the Defendants offering for sale, and selling, counterfeit products to an address located in the Northern District of Indiana); *see also NBA Props., Inc. v. HANWJH*, 46 F.4th 614, 624 (7th Cir. Aug. 16,

2022) ("[I]n assessing purposeful direction, what matters is [the defendant's] structuring of its own activities so as to target the [Indiana] market") (holding that a single sale to a buyer in the Northern District of Illinois was enough to establish personal jurisdiction over Defendant in the Northern District of Illinois). As such, each Defendant is committing tortious acts in Indiana, is engaging in interstate commerce, and has wrongfully caused Plaintiff substantial injury in Indiana.

Dated this 7th day of May 2025.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com

*Counsel for Plaintiff Glitch Productions Pty Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the documents on a website and send an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com

*Counsel for Plaintiff Glitch Production Pty Ltd*